1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CALVIN EARL LEE,

12            Petitioner,                    2:08-cv-0822-GEB-JFM-HC

13       vs.

14   PEOPLE OF THE STATE OF
     CALIFORNIA, et al.,

15
              Respondents.              ORDER
16   _____/

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20            On July 21, 2008, the magistrate judge filed findings and recommendations herein

21   which were served on petitioner and which contained notice to petitioner that any objections to

22   the findings and recommendations were to be filed within twenty days.  Petitioner has not filed

23   objections to the findings and recommendations.

24            The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

                                          1

1. The findings and recommendations filed July 21, 2008, are adopted in full; and

2. This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

Dated:  August 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge